AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MAR 15 2018

United States of America
v.
PABLO MARIN LLANOS MARTINEZ
aka "Pablo Marin Llanos"
aka "Pablo Marin Llanos-Martinez"
aka "Pablo Marvin Llanos-Martinez"

*Defendant(s)*

Case No. 1:18-MJ-128

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 20, 2008** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1425(a) | Unlawful procurement of United States citizenship |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Raizza Ty, SAUSA (LT)

*Complainant's signature*
Kipling Gary Doan, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **MARCH 15, 2018**

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable Magistrate Judge John F. Anderson
*Printed name and title*