| | | |
|---|---|---|
| Date: 05/25/2018 | Judge: Hilton | Reporter: J. Egal |
| Time: 9:15 to 9:21 | | Interpreter: Eva Desrosiers |
| | | Language: Spanish* |
| | | Update Deadlines: |
| UNITED STATES of AMERICA | | Prob. Copies: |
| Vs. | | PTS Copies: |
| | | AUSA Copes: |

Pablo Marin Llanos Martinez          1:18CR00216-001
Defendant's Name                               Case Number

Cadence Mertz and
Katherine Golden                                Raizza Ty
Counsel for Defendant                       Counsel for Government

*Counsel indicated that the defendant does not need an interpreter.

Matter called for:
( ) Motions            ( ) Setting Trial Date      ( ) Change of Plea Hrg.    ( ) Rule 35
(✓) Arraignment    ( ) Appeal from USMC    ( ) Sentencing                  ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.        ( ) Pre-Indictment Plea       ( ) Other: _____

Defendant appeared:     (✓) in person              ( ) failed to appear
                                    (✓) with Counsel         ( ) without counsel         ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order

Arraignment & Plea:
(✓) WFA   ( ) FA   ( ) PG   (✓) PNG   Trial by Jury:   (✓) Demanded   ( ) Waived

20 Days to file Motions with Argument on     06/22/2018     at     9:00
Case continued to     07/2/2018     at 10:00     for:   (✓) Jury Trial   ( ) Bench Trial   ( ) Sentencing

Bond Set at: $_____   ( ) Unsecured        ( ) Surety                        ( ) Personal Recognizance
( ) Release Order Entered   (✓) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is:   (✓) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance