IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED MAY 25 2018 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Criminal No. 1:18CR216 |
| ) | |
| PABLO MARIN LLANOS MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Defendant's Appeal of the Magistrate Judge Decision and the Order of Detention entered on April 13, 2018. For the reasons stated from the bench, it is hereby

ORDERED that the Defendant's Appeal is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 25, 2018